IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WAGONER,

        Plaintiff,                      No. CIV S-05-1279 DFL GGH P

     vs.

CAROL DALY, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has concurrently issued an order addressing the amended complaint filed December 7, 2005. In this order, the court found that the amended complaint stated colorable claims for relief against defendants Schwarzennegger, Daly and Harmon. The court also found that the claims against defendants California Board of Prison Terms (BPT) and Arias were not colorable. For the reasons stated in that order, the court now recommends that the claims against defendants BPT and Arias be dismissed.

         IT IS HEREBY RECOMMENDED that the claims against defendants BPT and Arias contained in the amended complaint filed December 7, 2005, be dismissed.

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED:    1/31/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

10  ggh:kj
    wag1279.56