IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WAGONER,

    Plaintiff,                No. CIV S-05-1279 DFL GGH P

    vs.

CAROL DALY, et al.,

    Defendants.

    _____/    ORDER

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 3, 2005, the court granted plaintiff thirty days to file an amended complaint. Pending before the court is the amended complaint filed December 7, 2005.

    The amended complaint states a colorable claim for relief against defendants Schwarzennegger, Harmon and Daly.

    Also named as a defendant is the California Board of Prison Terms (BPT). The Eleventh Amendment bars suits brought by private parties against a state or state agency unless the state or the agency consents to such suit. See Quern v. Jordan, 440 U.S. 332, 99 S. Ct. 1139 (1979); Alabama v. Pugh, 438 U.S. 781, 98 S. Ct. 3057 (1978)( per curiam); Jackson v. Hayakawa, 682 F.2d 1344, 1349-50 (9th Cir. 1982). Although the Eleventh Amendment is not

1

1 | jurisdictional, the court may raise the defect on its own.  Wisconsin Department of Corrections v.
2 | Schacht, 524 U.S. 381, 389, 118 S. Ct. 2047, 2052 (1998); Edelman v. Jordan, 415 U.S. 651,
3 | 677-78, 94 S. Ct. 1347, 1362-1363 (1974).  In the instant case, the State of California has not
4 | consented to suit.  Accordingly, plaintiff's claims against the BPT are frivolous and must be
5 | dismissed.
6 |         Also named as a defendant is Deputy District Attorney Jose Arias.  Plaintiff
7 | alleges that at his parole suitability hearing, defendant Arias acted with bias and prejudice by
8 | opposing petitioner's release and improperly arguing that special circumstances should have been
9 | employed in petitioner's case.  Plaintiff alleges that defendant Arias violated his right to due
10 | process.   By making his argument, defendant Arias did not violate plaintiff's constitutional
11 | rights.  That plaintiff disagreed with defendant Arias' characterization of his offense does not
12 | mean that he violated plaintiff's constitutional rights.
13 |         Accordingly, for the reasons discussed above, the court will separately
14 | recommend dismissal of defendants BPT and Arias.
15 |         In accordance with the above, IT IS HEREBY ORDERED that:
16 |         1. Service is appropriate for the following defendants: Schwarzennegger, Daly and
17 | Harmon.
18 |         2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons,
19 | an instruction sheet and a copy of the amended complaint filed December 7, 2005.
20 |         3. Within thirty days from the date of this order, plaintiff shall complete the
21 | attached Notice of Submission of Documents and submit the following documents to the court:
22 |         a.  The completed Notice of Submission of Documents;
23 |         b.  One completed summons;
24 |         c.  One completed USM-285 form for each defendant listed in number 3
25 |         above; and
26 | \\\\\

          d.  Four copies of the endorsed amended complaint filed December 7, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:   1/31/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
wag12279.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WAGONER,

      Plaintiff,    No. CIV S-05-1279 DFL GGH P

  vs.

CAROL DALY, et al.,    NOTICE OF SUBMISSION

      Defendants.    OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __3__    completed USM-285 forms

    __4__    copies of the _____
                          Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff