IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH WAGONER,** | 2:05-cv-1279 DFL GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **CAROL DALY, et al.,** | |
| Defendants. | |

The Court has considered Defendants' request for an extension of time and good cause appearing,

IT IS ORDERED that Defendants shall file a responsive pleading on or before June 7, 2006.

Dated: 5/9/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wag1279.eot