1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEITH WAGONER,

11          Plaintiff,              No. CIV S-05-1279 DFL GGH P

12      vs.

13   CAROL DALY, et al.,

14          Defendants             ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 31, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.  The court also notes that the California Board of Prison Terms is not subject to

1

1  suit in federal court because of the immunity accorded by the Eleventh Amendment and because

2  the Board of Prison Terms is not a "person" under 42 U.S.C. section 1983.

3           Accordingly, IT IS HEREBY ORDERED that:

4           1.  The findings and recommendations filed January 31, 2006, are adopted in full;

5  and

6           2.  The claims against defendants BPT and Arias contained in the amended

7  complaint filed December 7, 2005, are dismissed.

8  DATED:  6/8/2006

9

10

11  _____

12  DAVID F. LEVI
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26