IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WAGONER,

        Plaintiff,               No. CIV S-05-1279 DFL GGH P

    vs.

CAROL DALY, et al.,

        Defendants.        ORDER

_____/

       On June 23, 2006, plaintiff filed a motion for appointment of counsel and a motion for reconsideration of the November 3, 2005, order denying plaintiff's June 27, 2005, request for appointment of counsel.  This request is addressed to the undersigned.  Accordingly, the court construes plaintiff's request for reconsideration as a renewed request for appointment of counsel.

       The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's

1

1    request for the appointment of counsel will therefore be denied.

2             Accordingly, IT IS HEREBY ORDERED that plaintiff's June 23, 2006, motion

3    for appointment of counsel and motion for reconsideration, construed as a renewed request for

4    appointment of counsel, are denied.

5    DATED:  8/2/06

6                                    /s/ Gregory G. Hollows

7                                  GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

8    ggh:kj
     wag1279.31

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26