IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH WAGONER,**<br><br>  Plaintiff,<br><br>v.<br><br>**CAROL DALY, et al.,**<br><br>  Defendants. | Case No. 2:05-cv-1279 DFL GGH P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES** |

The Court, having considered Defendants' second request for an extension of time to respond to Plaintiff's request for production of documents, set two and interrogatories, set two, and good cause having been found,

IT IS HEREBY ORDERED:  Defendants' responses to Plaintiff's request for production of documents and interrogatories will be due on January 26, 2007.

DATED: 1/8/07                                        /s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

wag1279.eot(2)