IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WAGONER,

        Plaintiff,                    No. CIV S-05-1279 DFL GGH P

   vs.

CAROL DALY, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On December 27, 2006, plaintiff filed a motion to compel. The proof of service attached to this motion indicates that it was served on December 23, 2006. Pursuant to the August 16, 2006, scheduling order, all motions to compel were to be filed by December 15, 2006. Plaintiff offers no reason as to why this motion was not timely filed. Accordingly, the motion to compel is denied as untimely.

        On February 9, 2007, defendants filed a summary judgment motion. On February 21, 2007, plaintiff filed a motion to "stay" defendants' motion because discovery is still on-going. On January 8, 2007, the court granted defendants' second request for extension of time to respond to plaintiff's request for production of documents, set two, and interrogatories, set two. The court ordered defendants' responses due on or before January 26, 2007. In addition, on

1

1 January 23, 2007, the court granted plaintiff's motions to compel and ordered defendants to
2 provide further responses within thirty days. On February 21, 2007, defendants filed a request
3 for extension of time until March 5, 2007, to provide further responses to interrogatories nos.
4 7(a) and 7(b) as ordered by the court on January 23, 2007.
5       Because discovery is still ongoing, the court will instead grant plaintiff an
6 extension of time to file his opposition to defendants' summary judgment motion.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1. Plaintiff's December 27, 2006, motion to compel is denied;
9       2. Defendants' February 21, 2007, request for an extension of time is granted;
10 defendants' further responses to interrogatories nos. 7(a) and 7(b) are due on or before March 5,
11 2007;
12       3. Plaintiff may file a motion to compel regarding defendants' responses to his
13 request for production of documents, set two, and interrogatories, set two, within twenty days of
14 the date of this order;
15       4. Plaintiff's opposition to defendants' summary judgment motion is due on or
16 before April 30, 2007, as the court anticipates that all outstanding discovery disputes will be
17 resolved by that date;
18       5. Plaintiff's February 21, 2007, motion to stay is denied as unnecessary.
19 DATED: 2/27/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

22 wag1279.brf