IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH WAGONER,**<br><br>                                             Plaintiff,<br><br>       v.<br><br>**CAROL DALY, et al.,**<br><br>                                             Defendants. | 2:05-cv-1279 DFL GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF** |

The Court, having considered Defendants' request for an extension of time to file a reply brief on Defendants' motion for summary judgment, and good cause appearing,

IT IS HEREBY ORDERED: Defendants may serve and file their reply brief eight days after Plaintiff serves his amended opposition brief. In the event that Plaintiff does not file an amended opposition, Defendants' reply will be due on or before April 30, 2007.

Dated: 3/14/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

wag1279.grt