IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH WAGONER,** | 2:05-cv-1279 DFL GGH P |
| Plaintiff, | **ORDER VACATING PRETRIAL DATES** |
| **v.** | |
| **CAROL DALY, et al.,** | |
| Defendants. | |

The Court has considered Defendants' motion to vacate pretrial dates and good cause appearing,

IT IS ORDERED that the pretrial dates shall be vacated pending a decision on Defendants' motion for summary judgment, and these dates shall be rescheduled, if necessary, after a decision is made on this motion.

Dated: 5/2/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

wag1279.vac